JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO RIOS BLANCARTE,<br><br>        Petitioner,<br><br>    v.<br><br>RAUL MORALES, Warden,<br><br>        Respondent. | Case No. CV 23-2704-MRA (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: March 14, 2025

*/s/ Monica R. Almadani*
MÓNICA RAMÍREZ ALMADANI
U.S. DISTRICT JUDGE